IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ANGELA FAYE STOLDT,

       Appellant,

v.

       Case No.    5D21-760
       LT Case No. 2013-101064-CFDL

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed July 5, 2022

3.850 Appeal from the Circuit Court
for Volusia County,
James R. Clayton, Judge.

Angela Stoldt, Ocala, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., WALLIS and NARDELLA, JJ., concur.